IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BYRON JAMES BILBY, | |
| Plaintiff, | NO. 3:14-CV-02470 |
| v. | (JUDGE CAPUTO) |
| C.O. 1 RICHARD HOFFMAN, | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendant. | |

## ORDER

**NOW**, this 4th day of March, 2016, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 20) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 20) is **ADOPTED in its entirety**.

(2) Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 13) is **GRANTED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge